# Third District Court of Appeal
## State of Florida

Opinion filed October 12, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-849
Lower Tribunal No. 10-59211
_____

**Michael Bijlani,**
Appellant/Cross-Appellee,

vs.

**The Bank of New York Mellon, etc.,**
Appellee/Cross-Appellant.

An Appeal from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

Law Offices of Scott Alan Orth, P.A., and Scott Alan Orth (Hollywood), for appellant/cross-appellee.

Akerman LLP and Nancy M. Wallace (Tallahassee), and William P. Heller (Fort Lauderdale) and Eric M. Levine (West Palm Beach), for appellee/cross-appellant.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.